IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VICKI LYNN KEEN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-048-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered reversing the Commissioner's decision under sentence four of section 205(g) of the Social Security Act 42 U.S.C. § 405(g), with remand of the cause to the Commissioner for further administrative proceedings.

_____
Peter Oppeneer, Clerk of Court

JUL 0 7 2009
_____
Date